## VERDEN v. COLEMAN.

EXECUTION.—In an application for leave to issue execution on a judgment
that has been rendered more than five years, it is not necessary to make
the judgment or a copy of it a part of the complaint.

APPEAL from the *Benton* Circuit Court.

*Per Curiam.*—The complaint, in this case, alleges that
*Coleman*, who was the plaintiff, at the *March* term, 1856,
recovered a judgment, in said Circuit Court, against *Ver-
den*, who was the defendant, for $3,134.86, together with
a decree of foreclosure of a mortgage, all which, etc.
That the defendant appealed from said judgment to the
Supreme Court of *Indiana*, and from thence removed the
cause, by writ of error, to the Supreme Court of the
*United States*; in which several courts proceedings have
been duly had, the cause finally determined, and the
original judgment and decree certified, duly affirmed;
but before the same was accomplished and done more
than five years from the date of the judgment and decree
had elapsed; that said judgment and decree remain
wholly unpaid as to principal, interest, and cost.   Where-
fore the plaintiff prays that the court will order and
direct that he have execution on said judgment and de-
cree to enforce the collection thereof, and that the same
be collected without relief, etc., according to the stipula-

tions in the note and mortgage upon which the judgment and decree are founded, etc.   The complaint is duly verified by affidavit.   Defendant demurred, but the demurrer was overruled, and he excepted.   It is said in the appellant's brief that the complaint was filed to correct a decree of foreclosure, and that that pleading is defective, because the decree sought to be corrected was not filed as a part of it.   This, it will be seen, is a mistake.   The complaint was not filed to correct the decree, but to procure an order for an execution.   For that purpose the decree, or a copy of it, was not an essential part of the complaint, because the proceeding was not an original suit, but, in effect, a mere motion to obtain leave of the court to have execution on a judgment set forth upon its own records.

Judgment affirmed, with costs, etc.

*D. Mace*, for appellant.